JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, HI  96814
Telephone: (808) 377-6778
Email:  justinbrackettlaw@gmail.com

*Attorney for Plaintiff*
Juan Sanchez and Pamela Sanchez

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JUAN SANCHEZ and PAMELA SANCHEZ,<br><br>    Plaintiffs,<br> vs.<br><br><br>LIMITLESS MARKETING SOLUTIONS, INC. d/b/a ACTIFY SOLUTIONS,<br><br>    Defendant. | CASE NO.  CV 20-00277 DKW-WRP<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) |

## NOTICE OF DISMISSAL
## WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

**Comes now the Plaintiffs,** by and through their counsel, Justin A. Brackett, file this Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  The above-entitled action shall be and hereby is dismissed without prejudice.  There has been no Answer and there are no Motions pending.

Respectfully submitted this 24th day of May, 2021.

*/s/ Justin A. Brackett*
Justin A. Brackett, #9954
Attorney for Plaintiff
515 Ward Avenue
Honolulu, HI 96814
Tel: (808) 377-6778
Email: justinbrackettlaw@gmail.com

APPROVED AS TO FORM.

DATED:  May 25, 2021 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

Sanchez, et al. v. Limitless Marketing Solutions, Inc. - CV 20-00277 DKW-WRP - Notice of
Dismissal with prejudice